IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANK S. WALKER,<br><br>    Plaintiff(s),<br>    v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>    Defendant(s). | CASE NO. 5:13-cv-01762 EJD<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

In light of the pending Motion to Dismiss (see Docket Item No. 50), the court finds that a scheduling conference is premature at this time. Accordingly, the Case Management Conference scheduled for September 20, 2013, is VACATED. The court will reset the conference, if necessary, in the order addressing the Motion to Dismiss.

**IT IS SO ORDERED.**

Dated: September 17, 2013

EDWARD J. DAVILA
United States District Judge

CASE NO. 5:13-cv-01762 EJD
ORDER VACATING CASE MANAGEMENT CONFERENCE